UNITED STATES DISTRICT COURT

CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| LUZ SELENIA VASQUEZ,           )<br>                                )<br>          Plaintiff,            )<br>                                )<br>     v.                         )<br>                                )<br>MICHAEL J. ASTRUE,              )<br>COMMISSIONER OF THE             )<br>SOCIAL SECURITY ADMINISTRATION, )<br>                                )<br>          Defendant.            )<br>_____) | Case No. ED CV 06-588-PJW<br><br>J U D G M E N T |

In accordance with the Memorandum Opinion and Order filed herewith,

IT IS HEREBY ADJUDGED that the decision of the Commissioner of the Social Security Administration is affirmed and this action is dismissed with prejudice.

DATED:    3/6/08                 .

                              _____
                              PATRICK J. WALSH
                              UNITED STATES MAGISTRATE JUDGE

S:\PJW\Cases-Soc Sec\VASQUEZ, L 588\Judgment.wpd